**UNITED STATES of America, Appellant, v. Albert E. FLANIGAN.**

No. 11118.

Circuit Court of Appeals, Eighth Circuit.

Feb. 17, 1938.

Joseph T. Votava, U. S. Atty., of Omaha, Neb., for appellant.

Clarence T. Spier, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court, on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellant, v. Charles E. HILDEBRAND, Appellee.**

No. 4366.

Circuit Court of Appeals, Fourth Circuit.

June 21, 1938.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and Russell T. Bradford, Asst. U. S. Atty., of Norfolk, Va., for appellant.

Charles E. Maurice and Paul C. Williams, both of Richmond, Va., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.

**UNITED STATES of America, v. Hubert F. LAUGHARN, as Trustee in Bankruptcy of Oil Well Core Drilling Company, a Corporation.**

No. 8767.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1938.

Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., for the Treasury Department, all of Los Angeles, Cal., for appellant.

David E. Rotkin of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal in this cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES of America v. LOUISVILLE, HENDERSON & ST. LOUIS RAILWAY COMPANY.**

No. 7918.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

For opinion below, see 20 F.Supp. 483.

Bunk Gardner, U. S. Atty., of Louisville, Ky.

Sidney Smith and Woodward, Dawson & Hobson, all of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion of the appellant, United States of America, by Eli H. Brown, III, Acting United States Attorney, that the appellant does not desire to further prosecute this case and that the appeal heretofore prayed to this court from the Western District of Kentucky be dismissed, it is ordered that this appeal be and the same is hereby dismissed.